**Electronically Filed
Supreme Court
SCPR-14-0000841
02-JUN-2014
11:24 AM**

SCPR-14-0000841

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE JEFFREY CRAIG GOOD, Petitioner.

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Jeffrey Craig Good's petition to resign and surrender his license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Jeffrey Craig Good, attorney number 5896, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, June 2, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

